JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: June 22, 2010

Check No. 2007772

Check Amount: $314.31

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 05-40183-R | 00012 | MIKE & ESTELLA NANCE | 6 | XXXXX0796 | 69.87 | 0.00 | 69.87 |
| | | Original check written to: <br> SOUTHWESTERN BELL TELEPHONE <br> BANKRUPTCY DEPARTMENT <br> P. O. BOX 769 <br> ARLINGTON, TX 76004 | | | | | |
| 05-42588-R | 00014 | ANTHONY D. & GAY C. SMITH | 9 | XXXXX4604 | 32.40 | 0.00 | 32.40 |
| | | Original check written to: <br> RANGER AMERICA / WB HOLDINGS <br> P. O. BOX 820429 <br> DALLAS, TX 75382 | | | | | |
| 05-45230-R | 00018 | THEODORE BRYAN JOHNSON | 4 | XXXXXIDED | 203.23 | 0.00 | 203.23 |
| | | Original check written to: <br> PRESTON AT TULANE APARTMENTS <br> 2601 PRESTON ROAD <br> PLANO, TX 75093 | | | | | |
| 08-42401-R | 00003 | CARLA RAE TRICHE | 2 | 2643 | 8.81 | 0.00 | 8.81 |
| | | Original check written to: <br> SPIRIT OF AMERICA NATIONAL BANK/LANE BRYANT <br> FIRST EXPRESS <br> P. O. BOX 856132 <br> LOUISVILLE, KY 40285-6132 | | | | | |
| | | | | **TOTALS** | **$314.31** | **$0.00** | **$314.31** |